UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13 CV 9056 |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | |
| JAMES WARD #12533, | ) | Magistrate Judge Mason |
| LOUIS PINKLYN #15712, Individually | ) | |
| and THE CITY OF CHICAGO, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO: Caroline Fronczak/Julian Michael Johnson
City of Chicago, Dept. of Law
30 N. LaSalle, Suite 900
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on this 16th day of October, 2014, I caused to be filed with the Clerk of the District Court for the Northern District of Illinois the attached **PLAINTIFFS'** *MOTION IN LIMINE* **No. 1.**
.

/s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**

### CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on 16th day of October, 2014, I, Gregory E. Kulis, an attorney, served the attached document(s) upon the aforementioned attorney(s) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.