UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13 CV 9056 |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | |
| JAMES WARD #12533, | ) | Magistrate Judge Mason |
| LOUIS PINKLYN #15712, Individually | ) | |
| and THE CITY OF CHICAGO, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION IN LIMINE NO. 2

NOW COMES Plaintiff, BRIAN ANDERSON ("Anderson"), by and through his attorneys, GREGORY E. KULIS & ASSOCIATES, LTD., and respectfully submit the following motion *in limine*.

### PLAINTIFF'S MOTION *IN LIMINE* NO. 2 TO BAR ANY ARGUMENTS APPEALING TO THE JURY AS TAXPAYERS

As the Seventh Circuit recently confirmed, arguments that appeal to jurors' pecuniary interests as taxpayers are "of course" generally improper. *See Moore ex rel. Estate of Grady v. Tujela*, 546 F.3d 423, 429 (7th Cir. 2008) (declaring the following argument improper: "The city is not a random amorphous entity. It's you. We're talking about tax dollars here."). All such argument should be barred.

WHEREFORE, Plaintiff respectfully requests an order barring all arguments appealing to jurors as taxpayers.