UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13 CV 9056 |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | |
| JAMES WARD #12533, | ) | Magistrate Judge Mason |
| LOUIS PINKLYN #15712, Individually | ) | |
| and THE CITY OF CHICAGO, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION IN LIMINE NO. 6**

NOW COMES Plaintiff, BRIAN ANDERSON ("Anderson"), by and through his attorneys, GREGORY E. KULIS & ASSOCIATES, LTD., and respectfully submit the following motion *in limine*.

**PLAINTIFF'S MOTION *IN LIMINE* NO. 6 TO BAR DEFENDANT OFFICERS FROM WEARING UNIFORMS AND MEDALS AT TRIAL**

Defendants may come to the courtroom wearing their police uniforms and medals that they have been issued during their careers. For the same reasons mentioned in motion *in limine* 4 above, Defendants should be precluded from wearing their uniforms or medals in the courtroom. The introduction of this evidence at trial is inadmissible under Federal Rule of Evidence 404(a). *See* Fed. R. Evid. 404(a). Nor does such evidence fall under the character evidence exceptions. *See* Fed. R. Evid. 404(a)(1), 404(a)(2) and 404(a)(3).

Character evidence in the form of uniforms or medals of the Defendants and other Chicago police officers that may be called to testify is wholly unrelated and irrelevant to Plaintiff's claims. Such evidence does not bear upon the issues of whether the Defendants

violated Brian Anderson's constitutional rights. It is self-serving, with the purpose of casting Defendants in a favorable light and suggesting that these officers have greater credibility due to their positions as police officers. Thus, it is a distraction from the true issues at bar in this matter. Such evidence has absolutely no probative value regarding the disputed issues in this litigation and would be highly prejudicial to Plaintiff. Hence, it must be excluded from trial. *See* Fed. R. Evid. 401, 403 and 404.

      WHEREFORE, Plaintiff respectfully requests an order barring Defendants and any other Chicago police officers that may be called to testify from wearing their uniforms and medals during the trial.