UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13 CV 9056 |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | |
| JAMES WARD #12533, | ) | Magistrate Judge Mason |
| LOUIS PINKLYN #15712, Individually | ) | |
| and THE CITY OF CHICAGO, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION *IN LIMINE* NO. 9 TO ALLOW DR. GREGORY PRIMUS TO TESTIFY WITH ALL MEDICAL BILLS AND RECORDS

NOW COMES Plaintiff, BRIAN ANDERSON ("Anderson"), by and through his attorneys, GREGORY E. KULIS & ASSOCIATES, LTD., and respectfully submit the following motion *in limine*.

Plaintiff due to insurance issues and payment issues was delayed extremely for his treatment and surgery for his knee.

Plaintiff could not confirm the court on numerous occasions as to when the surgery would take place. The Defendants for months have known the identity of Dr. Gregory Primus, who ultimately performed the surgery on Brian Anderson.

Plaintiff has submitted the surgical record and records obtained from Dr. Gregory Primus. Dr. Gregory Primus should be allowed to testify in this matter. He has been previously disclosed as a treating physician but to date the Defendants have chosen not to depose Dr. Gregory Primus.

As the treating physician he will testify as to his treatment and not whether the actions of the defendants, as described by the plaintiff caused plaintiff's injury.

WHEREFORE, Plaintiff moves for a *Motion in Limine* to allow Dr. Gregory Primus to testify with all medical bills and records.